**EXHIBIT BB**



| James H. "Jim" Harvey | Kerry W. Gibson | Charles J. Ebert | County Commission |
| Commissioner | Commissioner | Commissioner | Weber Center |
| jharvey@co.weber.ut.us | kgibson@co.weber.ut.us | jebert@co.weber.ut.us | 2380 Washington Blvd |
| | | | Suite 360 |
| | | | Ogden, UT 84401 |
| | | | (801) 399-8406 |
| | | | FAX (801) 399-8305 |
| | | | www.co.weber.ut.us |

October 26, 2017

Law Office of Samuel P. Newton, Pc
1267 Quarter Horse Ln.
Kalispell, MT 59901

Dear Mr. Newton,

Over the past several years, you have provided representation to indigent defendants on behalf of the County. While we have appreciated your hard work and dedication, this past year you have made various representations to the media and to the court that have been untruthful and harmful to the County's reputation. As a result, we have made the decision to terminate your contract and seek new appellate counsel.

This letter constitutes notice under paragraph 27 of your contract that we intend to terminate the contract. We would like you to continue your work as appellate counsel for indigent defendants through January 31st with the expectation that the new attorney will begin work on February 1st. Please let me know if you are willing to continue through January 31st or if we will need the new attorney to start sooner.

We wish you the best in future endeavors.

Sincerely,

James H. Harvey
Weber County Commission

Cc:   Kerry Gibson
      James Ebert
      Chris Allred




NEWTON000888