Karra J. Porter, #5223
JD Lauritzen, #14237
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah  84111
Telephone: (801) 323-5000
Karra.Porter@chrisjen.com
JD.Lauritzen@chrisjen.com
*Attorneys for Plaintiff Samuel P. Newton*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| LAW OFFICE OF SAMUEL P. NEWTON, P.C. and SAMUEL P. NEWTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WEBER COUNTY, a municipal corporation; JAMES H. HARVEY, an individual; KERRY W, GIBSON, an individual; CHARLES J. EBERT, an individual,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**<br><br>Civil No. 1:18-cv-00015-HCN-EJF<br><br>District Judge Howard C. Nielson, Jr |

Plaintiff, Samuel P. Newton, by and through counsel, moves the Clerk of the Court for an extension of time in which to respond to Plaintiff's Motion for Summary Judgment (ECF no. 18), pursuant to Fed. R. Civ. P. 6(b)(1) and DUCiv. R. 77-2 (a)(2).  Plaintiff conferred with Defendants regarding the request for an extension and Defendants have stipulated to this motion. This is the first request for an extension of time.

Defendants filed their Motion for Summary Judgment on June 14, 2019.  Plaintiff's response is currently due on July 12, 2019.  Plaintiff respectfully requests a nineteen-day enlargement of time to file his response.  Such an extension of time would make Plaintiff's

response due on or before July 31, 2019. A proposed order to this Motion will be filed concurrently.

DATED this 28th day of June, 2019.

                                        CHRISTENSEN & JENSEN, P.C.

                                        /s/ *Karra J. Porter*
                                        Karra J. Porter
                                        JD Lauritzen
                                        *Attorneys for Plaintiff Samuel P. Newton*

                                        STRONG AND HANNI

                                        /s/ *Kristin A. VanOrman*
                                        Kristin A. VanOrman
                                        Matt Harrison
                                        *Attorneys for Defendants*
                                        (e-signed with permission, Approved as to form)

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2019, a copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** was sent via e-mail to the following:

Kristin A. VanOrman
Matt Harrison
Strong and Hanni
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Kvanorman@strongandhanni.com
mharrison@strongandhanni.com

/s/ *Miranda Riley*